**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL STRIBLING, | Case No. C09-5590 JCS |
| Plaintiff(s), | **ORDER APPOINTING COUNSEL** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

Because the Plaintiff has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Leda Mouallem, Lindsay Llewellyn, and Nicole Dogwill of Winston & Strawn LLP are hereby appointed as counsel for Plaintiff in this matter for all purposes.

IT IS SO ORDERED.

Dated: April 15, 2010



Joseph C. Spero
United States Magistrate Judge

**EXHIBIT D TO FEDERAL PRO BONO PROJECT GUIDELINES**