JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JUAN D. WALKER (CSBN 208008)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
Facsimile:  (415) 436-6748
Email: juan.walker@usdoj.gov

Attorneys for the Federal Defendant

NICOLE P. DOGWILL (CSBN 211653)
LEDA M. MOUALLEM (CSBN 221258)
LINDSAY C. LLEWELLYN (CSBN 257936)

   Winston & Strawn LLP
   101 California #3900
   San Francisco, CA 94111
   Telephone: (415) 591-1000
   Facsimile: (415) 591-1400
   Email:  ndogwill@winston.com
   Email: lmouallem@winston.com
   Email: lcllewellyn@winston.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL STRIBLING,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C 09-5590 JCS<br><br>**STIPULATION AND [P~~ROPOS~~ED]**<br>**ORDER TO CONTINUE DEADLINE**<br>**FOR COMPLETION OF**<br>**ALTERNATIVE DISPUTE**<br>**RESOLUTION**<br><br>(ADR LR 6-5; Civil LR 7-12) |

Plaintiff Michael Stribling and Defendant United States of America, by and though their respective counsel of record, do hereby stipulate as follows:

1. The date originally set by the Court for completion of ADR in the above-captioned matter was August 6, 2010;

1. 2. Plaintiff and defendant originally planned to mediate this motor vehicle accident case on July 26, 2010, after taking the depositions of the drivers of the vehicles;

3. However, the driver of the government vehicle involved is currently being treated for a serious medical condition and is out from work on medical leave until August 10, 2010;

4. The parties have scheduled her deposition for August 11, 2010;

5. In order to have a meaningful mediation, the parties and the mediator assigned to this case, Ms. Teri Sklar, have re-scheduled mediation in this matter to occur on September 21, 2010;

6. The parties therefore request an order from the Court continuing the deadline for completion of ADR from August 6, 2010 to September 30, 2010.

SO STIPULATED.

|  |  |
|---|---|
|  | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: July 8, 2010 | _____/s/_____<br>JUAN D. WALKER<br>Special Assistant United States Attorney<br>Attorneys for Defendant |
|  | WINSTON & STRAWN LLP |
| Dated: July 8, 2010 | _____/s/_____<br>LINDSAY C. LLEWELLYN<br>Attorneys for Plaintiff |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that deadline for completion of ADR is continued to September 30, 2010.

Dated: July 9, 2010

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE