1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JUAN D. WALKER (CSBN 208008)
   Special Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6967
6      Facsimile:   (415) 436-6748
       Email: juan.walker@usdoj.gov
7
   Attorneys for the Federal Defendant
8

9  NICOLE P. DOGWILL (CSBN 211653)
   LEDA M. MOUALLEM (CSBN 221258)
10 LINDSAY C. LLEWELLYN (CSBN 257936)

11     Winston & Strawn LLP
       101 California #3900
12     San Francisco, CA 94111
       Telephone: (415) 591-1000
13     Facsimile: (415) 591-1400
       Email:  ndogwill@winston.com
14     Email: lmouallem@winston.com
       Email: lcllewellyn@winston.com
15
   Attorneys for Plaintiff
16
                    UNITED STATES DISTRICT COURT
17
                 NORTHERN DISTRICT OF CALIFORNIA
18
                      SAN FRANCISCO DIVISION
19
   MICHAEL STRIBLING,              )    No. C 09-5590 (JCS)
20                                  )
          Plaintiff,                )    **STIPULATION AND [**~~PROPOSED~~**]
21                                  )    ORDER TO CONTINUE DEADLINE
          v.                        )    FOR COMPLETION OF
22                                  )    ALTERNATIVE DISPUTE
   UNITED STATES OF AMERICA,        )    RESOLUTION**
23                                  )
          Defendant.                )    (ADR LR 6-5; Civil LR 7-12)
24 _____ )

25         Plaintiff Michael Stribling and Defendant United States of America, by and though their

26 respective counsel of record, do hereby stipulate as follows:

27     1.  The date originally set by the Court for completion of ADR in the above-captioned matter

28 was August 6, 2010;

2.  On July 9, 2010, the Court approved the parties' stipulation to continue the ADR completion date to September 30, 2010 because the driver of the government vehicle involved in this matter was being treated for a serious medical condition;

3.  The parties scheduled the mediation for September 21, 2010;

4.  The parties have reached a tentative settlement agreement in this matter and are in the process of finalizing the settlement agreement.  As a result, the parties believe the September 21, 2010 mediation will not be necessary and have agreed to take the matter off calendar and have informed the mediator of the settlement status.

5. While the parties are finalizing the settlement agreement, the parties respectfully request an order from the Court continuing the deadline for completion of ADR from September 30, 2010 to October 31, 2010.

SO STIPULATED.


MELINDA HAAG
United States Attorney

Dated: September 10, 2010            _____/s/_____
                                     JUAN D. WALKER
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant



WINSTON & STRAWN LLP

Dated: September 10, 2010            _____/s/_____
                                     LEDA M. MOUALLEM
                                     Attorneys for Plaintiff


STIPULATION AND ORDER RE:
CONTINUING DEADLINE FOR ADR
C09-5590 JCS                2

1

2

3

4                                    **[~~PROPOSED~~] ORDER**

5          PURSUANT TO STIPULATION, IT IS SO ORDERED that deadline for completion of

6    ADR is continued to October 31, 2010.

7

8

9    Dated: _____Sept. 10, 2010_____

10                                         JOSEP_____
                                           UNITED                     TE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE:
CONTINUING DEADLINE FOR ADR
C09-5590 JCS                              3