MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JUAN D. WALKER (CSBN 208008)
Special Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6915
Facsimile: (415) 436-6748
Email: juan.walker@usdoj.gov

Attorneys for the Federal Defendant

Nicole P. Dogwill (CSBN: 211653)
Leda M. Mouallem (CSBN: 221258)
Lindsay C. Llewellyn (CSBN: 257936)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400
Email:    ndogwill@winston.com
Email:    lmouallem@winston.com
Email:    lcllewellyn@winston.com

Attorneys for Plaintiff
MICHAEL STRIBLING

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL STRIBLING,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | **Case No. C 09-05590 (JCS)**<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between the parties to this action, Plaintiff Michael Stribling, and Defendant United States of America (collectively, "the Parties"), that this action be dismissed, in its entirety, with prejudice. Each party will bear its own costs and attorneys' fees, if any. This stipulation is made in consideration of the Stipulation of Settlement entered into by and between the Parties and filed with this Court on September 17, 2010.

The Parties further stipulate and agree that the Court shall retain jurisdiction for the purpose of enforcing the Parties' agreement, if necessary, as set forth in the Stipulation of Settlement.

Dated: October 8, 2010      MELINDA HAAG
                            United States Attorney


                            /s/ Juan D. Walker
                            JUAN D. WALKER
                            Special Assistant United States Attorney

Dated: October 8, 2010      WINSTON & STRAWN LLP


                            /s/ Lindsay C. Llewellyn
                            LEDA MOUALLEM
                            LINDSAY C. LLEWELLYN
                            Attorneys for Plaintiff

I, Lindsay C. Llewellyn, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                            /s/ Lindsay C. Llewellyn
                            Lindsay C. Llewellyn

APPROVED AND SO ORDERED:


Dated: 10/12/10             _____
                            HON. JOSEPH C. SPERO
                            Judge Joseph C. Spero

2
STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE
CASE NO. C 09-05590 (JCS)